UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR00-475-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| DANIEL MARTINEZ-RAMIREZ, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on January 3, 2008. The United States was represented by Assistant United States Attorney Douglas Whalley, and the defendant by Lee Covell. The proceedings were digitally recorded.

The defendant had been charged and convicted of Conspiracy to Distribute Heroin. On or about January 26, 2001, defendant was sentenced by the Honorable Barbara J. Rothstein to a term of thirty-seven (37) months in custody, to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance-abuse program; financial disclosure; not to possess a firearm or destructive device; submit to mandatory drug testing; submit to searches; not to possess any form of identification in any name other than his true legal name; and if deported, not to reenter the United States without permission of the Bureau of Immigration and Customs Enforcement.

In a Petition for Warrant or Summons dated March 28, 2006, U.S. Probation Officer Todd

A. Sanders asserted the following violation by defendant of the conditions of his supervised release:

    (1)    Illegally reentering the United States on or before February 23, 2006, in violation of the standard condition that he not commit another federal, state or local crime.

On December 21, 2007, defendant made his initial appearance. The defendant was advised of the allegation and advised of his rights. On January 3, 2008, defendant appeared for an evidentiary hearing on the alleged violation. Defendant admitted to violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as alleged in violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing has been set before the Honorable John C. Coughenour on January 18, 2008, at 9:45 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 3rd day of January, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable John C. Coughenour
        AUSA:    Mr. Douglas Whalley
        Defendant's attorney:    Mr. Lee Covell
        Probation officer:    Mr. Todd A. Sanders

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 2